IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABIODUN BASHORUN,                )
              Plaintiff        )
                                 )
vs.                              ) Civil Action No. 06-1308
                                 ) Judge Thomas M. Hardiman/
LILLIAN C. PARKS,                ) Magistrate Judge Amy Reynolds Hay
              Defendant       )

### ORDER

AND NOW, this 31st day of January, 2007, after the plaintiff, Abiodun Bashorun, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and objections having been filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the District of Maryland forthwith;

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                      Thomas M. Hardiman
                                                      United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Abiodun Bashorun
09165-424
Moshannon Valley Correctional Center
Unit B-4
P.O. Box 2000
Philipsburg, PA 16866